**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6249**

_____

UNITED STATES OF AMERICA,

               Plaintiff – Appellee,

    v.

ANDRE FERNE SAINT-JEAN, a/k/a Dre,

               Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. Glen E. Conrad, Chief District Judge. (5:06-cr-00038-GEC-7)

_____

Submitted: April 17, 2013        Decided: April 26, 2013

_____

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Andre Ferne Saint-Jean, Appellant Pro SE. Joseph W.H. Mott, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia; Jeb Thomas Terrien, Assistant United States Attorney, Harrisonburg, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Ferne Saint-Jean appeals the district court's order denying, for want of jurisdiction, his motion for reconsideration of an order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Saint-Jean, No. 5:06-cr-00038-GEC-7 (W.D. Va. Feb. 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED